IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| KATHRYN BETTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREAT RESORTS VACATIONS, a Utah limited liability company,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 1:23-cv-00103-TC-CMR<br><br>Judge Tena Campbell<br>Magistrate Judge Cecilia M. Romero |

On July 17, 2025, United States Magistrate Judge Cecilia M. Romero issued a Report and Recommendation (R&R) recommending that the court deny Plaintiff Kathryn Betts's Motion for Summary Judgment (ECF No. 27), finding that Ms. Betts failed to meet her burden that she was entitled to judgment as a matter of law on her claims. (R&R, ECF No. 30 at 4.) Ms. Betts was given fourteen days to file objections to the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and the R&R for clear error and finds that it is correct in all material respects. See Fed. R. Civ. P. 72 Advisory Comm. Notes 1983 Addition Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the court adopts the R&R (ECF No. 7) in its entirety.

Because the court denies summary judgment and the time for filing dispositive motions has passed, the case is now ready for trial. The court therefore sets a pretrial conference for the

1

purpose of determining 1) whether the parties wish to engage in settlement discussions; 2) whether Ms. Betts is prepared to represent herself at trial; and 3) an appropriate trial date.

## ORDER

For the foregoing reasons, the court ORDERS as follows:

1. The court ADOPTS the Report and Recommendation prepared by the Honorable Cecilia M. Romero. (ECF No. 30.)

2. The Plaintiff's Motion for Summary Judgment (ECF No. 27) is DENIED.

3. The court sets a pretrial conference for **September 3, 2025, at 10:00am** over Zoom. The court will send out instructions for accessing the Zoom meeting at least two weeks before the conference.

DATED this 4th day of August, 2025.

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge