AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

KATHRYN BETTS,

        Plaintiff,

v.

GREAT RESORT VACATIONS,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:23-cv-00103-TC-CMR

IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of Kathryn Betts and against Great Resort Vacations in the amount of $2,500.

January 5, 2026

*Date*

BY THE COURT:

*Tena Campbell*

Tena Campbell
United States District Judge