Steven R. Paul (#7423)  steven.paul@yorkhowell.com
**YORK HOWELL**
10610 South Jordan Gateway, Suite 200
S. Jordan, Utah   84095
Telephone: (801) 527-1040
Facsimile: (801) 527-1000

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KATHRYN BETTS,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT RESORTS VACATIONS,<br><br>Defendant. | **PLAINTIFF'S MOTION TO AMEND JUDGMENT**<br><br>Case No.  1:23-cv-00103-TC-CMR<br><br>District Judge Tena Campbell |

Plaintiff Kathryn Betts, by and through counsel, hereby moves this Court to amend the Judgment [Doc. 63] against Defendant based on the Verdict [Doc. 59] received by the Court following trial to a jury on December 15 and 16, 2025, as follows:

1. Following a jury trial, the jury reached a verdict wherein it found 5 violations of the Telephone Consumer Protection Act, 47 USCA §227 [Doc. 59];

2. Based on the jury verdict, the Court found that damages in the amount of $2,500.00 were appropriate under 47 USCA §227(b)(3)(B) and §227(c)(5)(C);

3. On January 5, 2026, the Court entered Judgment based on the Jury Verdict [Doc. 63].

1

4. Pursuant to DUCivR 54-2, Plaintiff has submitted the attached Bill of Costs with costs totaling $661.50, which are recoverable under F.R.C.P. 54(d)(1); and,

5. Wherefore, Judgment should enter against Defendant Great Resorts Vacations as follows:

Principal Amount:   $2,500.00

Costs:   $661.50

**Total Judgment:   $3,161.50**

6. Based on the foregoing, Plaintiff requests that an Amended Judgment be entered in the amount set forth herein. A proposed form of Amended Judgment is filed herewith.

Dated this 15th day of January, 2026.

YORK HOWELL

/s/ Steven R. Paul
Attorneys for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2026, I caused a true and correct copy of the foregoing to be delivered via email to counsel and parties of record in this case, specifically to counsel for Defendant:

Eric Allen   eric@allenlawyer.com
ALLEN, MITCHELL & ALLEN PLLC
2091 E. Murray-Holladay Road, Suite 21
Salt Lake City, Utah   84117

/s/ Steven R. Paul
*Attorneys for Plaintiff*